UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| JOSEPH K. GREEN,<br><br>     Plaintiff,<br><br>v.<br><br>NRES-NV, 1 LLC; et al.,<br><br>     Defendants. | 3:13-CV-0684-LRH-VPC<br><br>ORDER |

WHEREAS the court considered Plaintiff's Emergency Motion for Temporary Restraining Order (#2) without being informed that there had been service upon defendants NRES-NV,1, LLC (#5); defendant Jeremy Page (#6) ; and defendant Wells Fargo Bank N.A. (#7); the court's order denying Plaintiff's Temporary Restraining Order (#10) is hereby VACATED.

GOOD CAUSE APPEARING, IT IS FURTHER ORDERED that Plaintiff's Ex Parte Motion for Order Shortening Time for Hearing on Emergency Motion for Temporary Restraining Order (#9) is GRANTED, defendants shall be served by Plaintiff with a copy of this Order forthwith by personal service if reasonably possible, as well as by mail, and a hearing shall be, and

///
///
///
///

hereby is, scheduled upon Plaintiff's Emergency Motion for Temporary Restraining Order (#2) and Renewed Emergency Motion for Temporary Restraining Order (#11) at 2:00 p.m. on Friday, December 20, 2013, in Courtroom No. 3, at the Bruce R. Thompson Courthouse, 400 S. Virginia Street, Reno, NV 89501.

IT IS SO ORDERED.

DATED this 13th day of December, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE